IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA D. AUKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:23-cv-45 |
| v. | ) |
| | ) JUDGE KIM R. GIBSON |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) *(Electronic Filing)* |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT ORDER**

AND NOW, this \_\_8th\_\_ day of \_\_September\_\_, 2023, the Court having separately ordered the remand of this action for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered under Rule 58 of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record